UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

LOUISE BLOUIN,

                Plaintiff,

   -against-

VANITY FAIR, CONDÉ NAST, MELANIE
BONVICINO, JGB CAPITAL L.P., BAY POINT
CAPITAL PARTNERS II L.P., and JOHN
ALLERDING,

                Defendants.

------------------------------------------x

ORDER

25 Civ. 5425 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court is in receipt of Defendant Condé Nast's August 7, 2025 request to extend the deadlines to respond to the Complaint and file an alternative proposed schedule, and adjourn the initial conference. It is hereby ordered that Defendants' deadline to respond to the Complaint is extended until October 6, 2025. It is further ordered that the deadline to file a different proposed schedule is extended from August 7, 2025 to October 30, 2025. The initial conference currently scheduled for August 14, 2025 is hereby adjourned to November 6, 2025 at 10:00 a.m.

Dated: New York, New York
       August 11, 2025

                                            SO ORDERED.

                                            *George B. Daniels*
                                            GEORGE B. DANIELS
                                            United States District Judge