UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LOUISE BLOUIN

                              Plaintiff,

   -against-

CONDE NAST, VANITY FAIR, MELANIE BONVICINO, JGB CAPITAL L.P., BAY POINT CAPITAL PARTNERS II, L.P., and JOHN ALLERDING

                             Defendants.

------------------------------------x

<u>ORDER</u>

25 Civ. 5425 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The parties' joint request to stay discovery, (ECF No. 33,) is GRANTED. Discovery is stayed until further order by this Court. The initial pretrial conference currently scheduled for November 6, 2025, is hereby adjourned. Oral argument on defendants' motions to dismiss, (ECF Nos. 20, 25,) is hereby scheduled for November 18, 2025, at 10:00 a.m.

Dated: New York, New York
       November 3, 2025

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge