UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISE BLOUIN,<br><br>　　　　　　　　*Plaintiff*,<br>　　v.<br><br>VANITY FAIR, CONDÉ NAST, MELANIE BONVICINO, JGB CAPITAL L.P., BAY POINT CAPITAL PARTNERS II L.P., and JOHN ALLERDING,<br><br>　　　　　　　　*Defendants*. | Case No. 25 Civ. 5425 (GBD)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JGB CAPITAL L.P.** |

　　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Louise Blouin and Defendant JGB Capital L.P., by and through their undersigned counsel, hereby stipulate and agree that all claims asserted by Plaintiff against Defendant JGB Capital L.P. in the above-captioned action are voluntarily dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

　　　　This stipulation affects only Defendant JGB Capital L.P. and does not dismiss or otherwise impact Plaintiff's claims against any other defendant in this action.

Dated:　November 12, 2025
　　　　　New York, New York

[Signature Page to Follow]

1

By: */s/ Robert J. Hantman*
Robert J. Hantman, Esq.
**HANTMAN & ASSOCIATES**
1120 Avenue of the Americas, 4th Floor
New York, NY 10036
Tel: (212) 684-3933
Fax: (646) 380-3299
rhantman@hantmanlaw.com
*Attorney for Plaintiff Louise Blouin*

By: */s/ Michael Freyberg*
Michael Freyberg, Esq.
**HAYNES AND BOONE LLP**
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
Tel: (303) 382-6233
michael.freyberg@haynesboone.com
*Attorney for Defendant JGB Capital L.P.*

By: */s/ Katherine M. Bolger*
Katherine M. Bolger, Esq.
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 402-4068
katebolger@dwt.com
*Attorney for Defendants Condé Nast and Vanity Fair*