

1251 6th Ave 21st Floor,
New York, NY 10020
**Katherine M. Bolger**
[(212) 489-8230 tel

katebolger@dwt.com

November 17, 2025

**VIA ECF**
The Honorable George B. Daniels
United States District Court for the Southern District of New York
Daniel Patrick Moynihan, United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Blouin V. Conde Nast Et Al,* Case No. 1:25-cv-5425-GBD

Dear Judge Daniels:

    The Parties write jointly in response to the Court's inquiry regarding the parties availability for a hearing before the Court on Defendants' pending motion to dismiss.

    Pursuant to the Court's November 3, 2025 Order (ECF No. 34), oral argument relating Defendant's pending motion to dismiss was scheduled to take place on November 18, 2025. This morning counsel for Defendant was contacted by the Court's clerk inquiring about the parties' availability for oral argument on November 24, 2025. The parties have conferred and are not available on November 24, 2025, but are available on both December 11, 2025 and December 15, 2025 should the Court be available on those dates.

Sincerely,

By: _Katherine M. Bolger_
Katherine M. Bolger, Esq.
Philip L. Golodetz, Esq.
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas, 21st Floor New York, NY 10020
katebolger@dwt.com
philipgolodetz@dwt.com
*Attorneys for Defendants Condé Nast and Vanity Fair*

By: */s/ Robert J. Hantman*
Robert J. Hantman, Esq.
**HANTMAN & ASSOCIATES**
1120 Avenue of the Americas, 4th Floor
New York, NY 10036
Tel: (212) 684-3933
Fax: (646) 380-3299
rhantman@hantmanlaw.com
*Attorneys for Plaintiff*

DWT.COM