UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

LOUISE BLOUIN

                          Plaintiff,

   -against-

CONDE NAST, VANITY FAIR, MELANIE
BONVICINO, JGB CAPITAL L.P., BAY POINT
CAPITAL PARTNERS II, L.P., and JOHN
ALLERDING

                        Defendants.

------------------------------------- x

<u>ORDER</u>

25 Civ. 5425 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The oral argument on defendant's motions to dismiss, (ECF No. 20,) currently scheduled for November 18, 2025, is hereby adjourned to December 11, 2025, at 10:00 a.m.

Dated: New York, New York
       November 18, 2025

                                      SO ORDERED.

                                      */s/ George B. Daniels*
                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE