UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LOUISE BLOUIN

                       Plaintiff,

   -against-

CONDE NAST, VANITY FAIR, MELANIE
BONVICINO, JGB CAPITAL L.P., BAY POINT
CAPITAL PARTNERS II, L.P., and JOHN
ALLERDING

                    Defendants.
------------------------------------------------------------x

ORDER

25 Civ. 5425 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The oral argument on defendant's motions to dismiss, (ECF No. 20,) currently scheduled for December 11, 2025, is hereby adjourned to December 16, 2025, at 10:30 a.m.

Dated: New York, New York
       December 8, 2025

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge