**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LOUISE BLOUIN,

                            Plaintiff,

          -against-

CONDE NAST, VANITY FAIR, JGB CAPITAL
L.P., MELANIE BONVICINO, BAY POINT
CAPITAL PARTNERS II, L.P., and JOHN
ALLERDING,

                          Defendants.
-----------------------------------------------------------------X

25 **CIVIL** 5425 (GBD)

**<u>JUDGMENT</u>**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Decision & Order dated February 3, 2026, Conde Nast's

motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       February 4, 2026

                                        **TAMMI M. HELLWIG**
                                  _____
                                       **Clerk of Court**

                 **BY:** _____
                                   **Deputy Clerk**