**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOUISE BLOUIN,<br>Plaintiff,<br>v.<br><br>VANITY FAIR, CONDÉ NAST, MELANIE BONVICINO, JGB CAPITAL, BAY POINT CAPITAL, and JOHN ALLERDING,<br>Defendants, | 25-cv-5425-(GBD) |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Robert J. Hantman, Esq., dated March 30, 2026, the accompanying Memorandum of Law, the exhibits annexed thereto, and all prior proceedings herein, Plaintiff Louise Blouin will move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order, pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure:

(1) extending Plaintiff's time to file a Notice of Appeal from the Clerk's Judgment entered on February 4, 2026 (ECF No. 43), and the Memorandum Decision and Order entered on February 3, 2026 (ECF No. 42);

(2) permitting Plaintiff to file the proposed Notice of Appeal within the time fixed by the Court pursuant to Rule 4(a)(5)(C); and

(3) granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
March 30, 2026

[Signature Page Follows]

By: /s/ Robert J. Hantman
Robert J. Hantman, Esq.
HANTMAN & ASSOCIATES
www.hantmanlaw.com
1120 Avenue of the Americas 4th Floor
New York, NY 10036
Tel: (212) 684-3933
rhantman@hantmanlaw.com
*Attorney for Plaintiff Louise Blouin*