**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOUISE BLOUIN,<br><br>Plaintiff,<br>v.<br><br>VANITY FAIR, CONDÉ NAST, MELANIE BONVICINO, JGB CAPITAL, BAY POINT CAPITAL, and JOHN ALLERDING,<br><br>Defendants, | 25-cv-5425-(GBD) |

**DECLARATION OF ROBERT J. HANTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I, Robert J. Hantman, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the managing partner of Hantman & Associates, counsel for Plaintiff Louise Blouin in this action. I submit this declaration in support of Plaintiff's motion, pursuant to Federal Rule of Appellate Procedure 4(a)(5), for a limited extension of time to file a notice of appeal.

2. I am familiar with the procedural history of this action and the facts set forth herein based on my personal knowledge and my review of the Firm's file and docket.

3. On February 3, 2026, the Court entered a Memorandum Decision and Order granting Defendants' motions to dismiss and directing the Clerk of Court to close the case. On February 4, 2026, the Clerk entered Judgment in favor of Defendants and against Plaintiff.

4. Under the applicable rules, Plaintiff's original deadline to file a notice of appeal expired on March 6, 2026.

5. During the post-judgment period, the attorney who had primary day-to-day responsibility for this federal matter departed the Firm in January 2026.

6. As a result, responsibility for post-judgment review and handling of appellate issues was in transition during the same period in which the notice-of-appeal deadline was running.

7. At the same time, the remaining counsel at the Firm and I were engaged in active trial obligations in a separate New York state court matter, *A-US GAL 1, L.P. v. National Air Cargo Group, Inc.*, 655890/2023 (Sup. Ct., N.Y. County, Commercial Division, Part 48), including motion practice, trial, and related trial-preparations during the relevant period.

8. During this same period, the Firm was also consulting with Plaintiff regarding appellate options and how best to proceed following entry of judgment.

9. Plaintiff has expressed her intention to pursue an appeal and believes in good faith that the appeal presents substantial issues for review.

10. In light of the attorney transition and the overlapping trial obligations described above, the deadline to file the notice of appeal was not timely met.

11. Once the lapse was identified, Plaintiff acted promptly to prepare and file the present motion within the period permitted by Rule 4(a)(5).

12. Plaintiff seeks this limited extension in good faith and not for purposes of delay.

13. To my knowledge, Defendants will not suffer material prejudice from the modest extension requested.

14. A proposed Notice of Appeal is submitted with Plaintiff's instant motion, and Plaintiff is prepared to file it promptly if the Court grants the requested relief.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: March 30, 2026
New York, New York

Respectfully submitted,

By: */s/ Robert J. Hantman*
Robert J. Hantman, Esq.
**HANTMAN & ASSOCIATES**
www.hantmanlaw.com
1120 Avenue of the Americas 4th Floor
New York, NY 10036
Tel: (212) 684-3933
rhantman@hantmanlaw.com
*Attorney for Plaintiff Louise Blouin*