**Davis Wright Tremaine LLP**

1251 6th Ave 42nd Floor,
New York, NY 10020
**Katherine M. Bolger**
[(212) 489-8230 tel

katebolger@dwt.com

March 30, 2026

**VIA ECF**
The Honorable George B. Daniels
United States District Court for the Southern District of New York
Daniel Patrick Moynihan, United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *Blouin V. Conde Nast Et Al,* Case No. 1:25-cv-5425-GBD

Dear Judge Daniels:

Defendant Condé Nast, a division of Advance Magazine Publishers Inc. ("Defendant") writes in response to Plaintiff's motion seeking an extension of time to file a notice of appeal. Today, more than three weeks after her deadline to file a notice of appeal lapsed, Plaintiff filed a motion to extend due to "excusable neglect." Plaintiff's neglect was entirely inexcusable, for a variety of reasons, not least of which is that Plaintiff's counsel was informed by Defendant's counsel on March 13, 2026, seventeen days ago, that her deadline to appeal had lapsed.

Defendant intends to oppose Plaintiff's motion and request that the Court allow it to submit a response by **Friday, April 3, 2026**.

Sincerely,

By: *Katherine M. Bolger*
Katherine M. Bolger, Esq.
Philip L. Golodetz, Esq.
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas, 42nd
Floor New York, NY 10020
katebolger@dwt.com
philipgolodetz@dwt.com
*Attorneys for Defendants Condé Nast
and Vanity Fair*